**UNITED STATES DISTRICT COURT**
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| TRUSTEES OF THE ILWU-PMA PENSION PLAN, | No. C 13-1386 LB |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| CYNTHIA COOPER and MARSHA COOPER, | |
| Defendants. | |

On March 3, 2013, Plaintiff Trustees of the ILWU-PMA Pension Plan filed this interpleader action to resolve competing claims to the pension benefits of Rodney A. Cooper by Defendants Cynthia Cooper and Marsha Cooper. Complaint, ECF No. 1.[1] On January 16, 2014, Cynthia Cooper filed a motion for summary judgment. *See* ECF. No. 40. Under Civil Local Rule 7-3(a) and (b), Marsha Cooper and the Trustees had until January 30, 2014 to respond to the motion by either filing an opposition or a statement of non-opposition. The Trustees timely filed a statement of non-opposition. *See* ECF No. 47. Marsha Cooper neither opposed the motion nor filed a statement of non-opposition. *See generally* Docket.

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronically-generated page numbers at the top of the page.

Accordingly, the court orders Marsha Cooper to show cause why the court should not grant Cynthia Cooper's motion for summary judgment as unopposed.  Marsha Cooper must file a written response to this order to show cause explaining her silence and either file a statement of non-opposition or her opposition to Cynthia Cooper's motion for summary judgment by noon on Thursday, February 6, 2014.

**IT IS SO ORDERED.**

Dated: February 5, 2014

_____
LAUREL BEELER
United States Magistrate Judge